

# THE UNIVERSITY OF TEXAS AT DALLAS

OFFICE OF THE PRESIDENT                                          RICHARD C. BENSON

April 10, 2023

Joel Schwitzer, American Jewish Committee, Dallas
Michelle Golan Friedman, Jewish Federation of Greater Dallas
Stacy Cushing, Anti-Defamation League, Texoma

Dear Mr. Schwitzer, Ms. Friedman and Ms. Cushing:

I am replying to your recent letters on behalf of the American Jewish Committee, the Jewish Federation, and the Anti-Defamation League, respectively, regarding your concern over a resolution passed on April 4 by the Student Government at The University of Texas at Dallas. The resolution called for the University of Texas Investment Management Company (UTIMCO) to divest its holding in certain companies that make military equipment. The overarching rationale was that these companies sell equipment to Israel, a country that the resolution's authors hold in contempt. We have received other letters sharing your concern.

Please know that the UT Dallas leadership does *not* agree with this Student Government resolution.

Further, the vote does not obligate the University or the UT System to take any action. UTIMCO, not UT Dallas, sets the investment strategy. Thus, the UTD Student Government vote is entirely symbolic. That said, I do not minimize the fact that even symbolic actions can carry weight and must be taken seriously. It is understandable that the Jewish members of our community would find UT Dallas less welcoming and less safe than before.

Our Division of Student Affairs, the Office of Diversity, Equity and Inclusion, and the Police Department will all work to provide support to the faculty, staff and students who are concerned about this action and any possibility of hostility or harassment. We will meet with Jewish organizations, including yours, to reaffirm that this resolution is not UT Dallas' position and we will provide supportive safety resources on our campus.

Thank you, again, for taking the time to write. I am sorry that it was not under better circumstances.

Sincerely,

*Richard C. Benson*

Richard C. Benson, President
Eugene McDermott Distinguished University Chair of Leadership
The University of Texas at Dallas

800 WEST CAMPBELL ROAD, AD22 RICHARDSON, TEXAS 75080-3021  (972) 883-2201  FAX (972) 883-2237

The University of Texas at Dallas is an equal opportunity/affirmative action university.