| | |
|---|---|
| **From:** | Fitch, Gene |
| **To:** | Benson, Richard; Martin, Rafael O; Walls, John |
| **Subject:** | SG Resolution |
| **Date:** | Monday, April 3, 2023 7:13:00 AM |
| **Attachments:** | S.R. 2022-40 Divestment from Militarism.pdf |
| | image001.png |
| | image002.png |

Wanted to let you know that SG is being asked to vote on this resolution on Tuesday evening.

Unfortunately, I cannot be there as I am out of town at a conference. I will have staff there who will let me know what happens.

Gene

**Dr. Gene Fitch, Jr.**

Vice-President for Student Affairs

The University of Texas at Dallas

(972) 883-6236

*Student Affairs, You Belong Here.*





The Student Government of The University of Texas at Dallas
Student Union 2nd Floor, SU 2.401, Monday-Friday, 8:30am - 5:00pm
972-883-2284 | sg@utdallas.edu

# Student Government Resolution 2022-XX

In support of divesting funds held by The University of Texas Investment Management Company from five companies that promote militarism, war, and human rights violations

Authors: BBS Senator Khaled Shihabi, At-large Senator Nidaa Lafi

Sponsors: At-large Senator Paulina Hruskoci, At-large Senator River Bluhm, ECS Senator Mousa Najjar, ECS Senator Rawan Sharaf, AHT Senator Fatimeh Bashir, Sophomore Senator Zainab Olaniyan, JSOM Senator Isabella Spartz, IS Senator Rahma Arif, BBS Liaison Junaid Rasool, At-large Senator Muhammad Ikram, JSOM Senator Ahmed Salam

---

**Recognizing** that UT Dallas is "committed to social justice, and use[s] this very principle to guide [its] educational initiatives, programming, and advocacy"[1]; and

**Whereas** UT Dallas recognizes the importance of socially responsible financial involvements and that the university "must balance the risk to its primary missions as the institution engages in relationships that lead to financial or reputational benefit for the institution or its responsible officials"[2]; and

**Considering** it is the official policy of UT Dallas that "in campus planning, operations, and activities, the University will use resources in a manner that takes into consideration environmental, social and economic impacts. The University will seek to integrate sustainability considerations into all business decisions"[3]; and

**Affirming** a statement dated February 28, 2022 from the office of Dr. Richard C. Benson, President of The University of Texas at Dallas, titled "Supporting Democratic Principles," which proclaimed that "We hold in contempt those who would subjugate a free people through military force,"[4]; and

**Defining** militarism as a strategy of using violence, or threats of violence, in order to keep those that oppress others in positions of power and maintain the racial, economic, and other social hierarchies that give them this power[5]; and

**Whereas** the University of Texas Investment Management Company (UTIMCO), which manages UT Dallas's investments, invests in and profits from companies that take an active role

---

[1] Statement from The University of Texas at Dallas Office of Diversity and Community Engagement on recent national events
[2] Institutional Conflicts of Interest - UTDPP1110
[3] Sustainability Policy - UTDBP3013
[4] Message from President Benson: Supporting Democratic Principles
[5] Dissenters Points of Unity

in the human rights abuses and institutionalized structural violence against marginalized peoples all across the world, thereby making UTIMCO and UT Dallas complicit third-parties; and

**Whereas** the investments of UTIMCO include the largest military companies in the world, such as Lockheed Martin, Raytheon Technologies, Boeing, Northrop Grumman, and General Dynamics, which arm militarization at home and abroad, thereby enabling violations of international law and war crimes; and

**Whereas** as of 2022 reports from the UTIMCO Permanent University Fund Schedule of Investments, UTIMCO invests over $10.5 million in these five companies[6]; and

**Whereas** Lockheed Martin, the largest arms-producing company in the world, enables war crimes and human rights violations by arming U.S. Customs and Border Protections with aircrafts and surveillance technology[7][8]; the Israeli military with weapons systems that are used to target Palestinian civilians, such as medics, and infrastructure such as a UN shelter[9][10][11]; and Saudi Arabia with the weapons used to bomb schools in Yemen[12]; and

**Whereas** Raytheon Technologies supplies the Israeli and Saudi Arabian governments with weapons[13], which have been used against Palestinian and Yemeni civilians in attacks that have been condemned by Human Rights Watch[14] and Amnesty International[15] as war crimes; and

**Whereas** Boeing has provided the Israeli military with weapons used consistently in the deadly assaults on Gaza[16], including guided missiles that killed Palestinian civilians in apparent war crimes during the 2021 attacks[17]; and

**Whereas** Boeing was one of the largest contractors for building the U.S.-Mexico border wall[18] and produces Scan Eagles, which have been used in target assassinations of the

---

[6] 2022 Permanent University Fund
[7] Lockheed Martin Extends Aerostat Mission By Providing Airborne Surveillance For U.S. Border Protection
[8] Amnesty International, USA: Upholding dangerous immigration policy will harm people throughout the Americas
[9] Lockheed Martin in Israel
[10] United Nations Human Rights Council - Report of the United Nations Fact-Finding Mission on the Gaza Conflict
[11] Human Rights Watch, Israel: Gaza Airstrikes Violated Laws of War
[12] Human Rights Watch, Yemen: Coalition Bus Bombing Apparent War Crime
[13] American Friends Service Committee | Raytheon Technologies Corp
[14] Human Rights Watch, Bombing Businesses: Saudi Coalition Airstrikes on Yemen's Civilian Economic Structures
[15] Amnesty International, Arms companies failing to address human rights risks
[16] American Friends Service Committee | Boeing Co
[17] Human Rights Watch, Gaza: Apparent War Crimes During May Fighting
[18] American Friends Service Committee | Boeing Co

Indigenous Lumad people in the Philippines, selling $1.5 billion in attack helicopters to the Duterte regime in 2020 and $120 million in missiles in June 2021[19]; and

**Whereas** Northrop Grumman provides weapons guidance systems and missiles[20] that have resulted in thousands of civilian casualties in Lebanon, the West Bank, and Gaza[21], as well as providing advanced surveillance systems and databases used by the U.S. Immigrations and Customs Enforcement and the US Department of Homeland Security at the U.S.-Mexico border to profile and surveil individuals[22]; and

**Whereas** General Dynamics sells bombs, warplanes, and armored combat vehicles that have been used to kill innocent civilians in the Palestinian Gaza Strip[23], including the MK-84 2,000-pound bombs[24] and Merkava IV tanks[25] that indiscriminately attack civilian targets; and

**Whereas** the consequences of these companies' actions include the killing of civilians, surveillance of marginalized communities, and abuse of vulnerable populations; and

**Whereas** these consequences impact the UT Dallas community directly, including students and faculty whose families experience militarism, death, injury, and other forms of human rights violations; and

**Emphasizing** that our investments should reflect our values as an institution; and

**Whereas** Student Governments across the country, including the University of Houston[26], Columbia University[27], and The Ohio State University[28], have passed resolutions calling for their universities and university systems to divest from companies complicit in apartheid, militarism, and human rights violations; and

**Defining** divestment as the selling of all shares from a given company or corporation; and

**Whereas** fourteen[29] and counting student organizations representing diverse ethnic, cultural, religious, political, and academic backgrounds have sponsored the UTDivest campaign, affirming their community's support for divestment, with a petition made in support of the university's divestment from the aforementioned five companies receiving significant support from the UT Dallas community; and

---

[19]Reuters, U.S. State Dept OKs possible sale of F-16s, missiles to Philippines
[20]Missile Products - Northrop Grumman
[21] American Friends Service Committee | Northrop Grumman
[22]Latin Times, Border Patrol VADER: 4 Things To Know About The New Drone Surveillance Radar System
[23]American Friends Service Committee | General Dynamics Corp
[24]Middle East Eye, Faulty, indiscriminate, lethal: Israel opts for Vietnam-era bombs in Gaza
[25]Forbes, Israel's Bombardment Of Gaza: Methods, Weapons And Impact
[26]University of Houston Student Body Divestment Resolution Continues to Gain Traction
[27]Columbia College Passes Historic Vote on Divestment from Israel
[28]USG passes resolution asking Ohio State to divest from 2 companies doing business in Israel
[29]UTDivest Open Letter - Student Organizations

S.R 2023-[XX]
Introduced [MM/DD/YYYY]
[Passed]/[Failed]

**Whereas** this resolution is not a statement against any particular group of people; but a statement against militarism in all its forms; and

**Whereas** divestment campaigns have been, and continue to be, a tool to reclaim political agency on campuses across the United States in the face of investments that sustain unjust, violent systems globally; and

**Be it resolved** that the Student Government Senate of The University of Texas at Dallas supports and recommends the divestment of funds from Lockheed Martin, Raytheon Technologies, Boeing, Northrop Grumman, and General Dynamics, made by UTIMCO, which contribute directly, knowingly, and continuously to militarism, war, and human rights violations around the world; and

**Be it resolved** that the Student Government Senate of UT Dallas recommends UTIMCO further examines its assets for investments in companies that violate any people's right to live in peace and security; and

**Be it resolved** that the Student Government Senate of UT Dallas recommends that UT Dallas investment funds held by UTIMCO be fully accessible to all members of the UT Dallas community in the spirit of transparency and mutual accountability; and

**Be it resolved** that the Student Government Senate of UT Dallas recommends that  UTIMCO and UT Dallas develop and maintain a policy of socially responsible[30] investments to guide all future investment decisions; and

**Be it further resolved** that the Student Government Senate of UT Dallas unequivocally rejects investments in any company that contributes directly, knowingly, and continuously to militarism, human rights violations, and violations of international law; and

**Be it further resolved** that copies of this resolution be sent to the Board of Regents of the University of Texas System, the Chief Executive Officer and Board of Directors of the University of Texas Investment Management Company, the Office of Chancellor of the University of Texas System, the Office of the President of The University of Texas at Dallas, and the UTD Mercury.

*Presiding officers*:

| | |
|---|---|
| Kruthi Kanduri<br>*Student Government President* | Margaret Belford<br>*Student Government Vice President* |

[30]Investopedia - A Guide to Socially Responsible Investments (SRI)

S.R 2023-[XX]

Introduced [MM/DD/YYYY]

[Passed]/[Failed]

S.R 2023-[XX]

Introduced [MM/DD/YYYY]

[Passed]/[Failed]