**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT UT DALLAS, et al.,** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No. 3:26-cv-1596-E** |
| **ERIC WILLADSEN, et al.,** | § § § | |
| **Defendants.** | § § | |

**DEFENDANTS' UNOPPOSED MOTION FOR A BRIEFING SCHEDULE AND EXPANDED WORD LIMITS**

Defendants ask this Court to (1) enter a briefing schedule regarding their anticipated motion to dismiss (or other response) concerning Plaintiffs' complaint and (2) extend the word limits applicable to that motion and related briefs. Plaintiffs have advised that they are unopposed to these requests.

Good cause supports this motion. First, this is a complicated case that involves, among other things, the intersection between a student's (or student group's) right to protest and a public university's right to prevent disruptions. On top of that, there are 25 named parties to this lawsuit (six Plaintiffs and 19 Defendants). Put simply, Defendants need additional time to properly brief this case to the Court. And there are various other pressing matters that are competing for Defendants' counsel's attention

over the next few weeks.[1]

Second, entering a briefing schedule will allow Defendants to consolidate their anticipated motions to dismiss into one omnibus filing and thus avoid unnecessarily duplicative proceedings. Plaintiffs have served a few of the Defendants so far. Defendants recently agreed to execute waivers of service for the remaining unserved parties. Without a consolidated briefing schedule, Defendants will need to file multiple, overlapping motions to dismiss based on the dates of service for each Defendant. With a consolidated schedule, Defendants can file one omnibus motion to dismiss.

Finally, Defendants seek a word-limit extension for their anticipated motion to dismiss and any response or reply to this motion. Again, this is a complicated case involving numerous parties and sensitive First Amendment and other constitutional issues. Defendants do not believe they can feasibly brief these issues within this Court's 6,250-word limit. Defendants' counsel has had to address similar First Amendment issues, also involving pro-Palestinian protests at Texas colleges, in prior cases and found that a page-limit extension was needed to adequately brief the Court.[2]

For the reasons above, Defendants ask the Court to enter an order setting the following briefing schedule:

---

[1] This includes: (1) having to prepare for and defend a Rule 30(b)(6) deposition scheduled for June 10, 2026 in *Salamah v. University of Texas Southwestern Medical Center*, No. 3:24-cv-477-D (N.D. Tex.); (2) drafting a summary judgment reply by June 11, 2026 in *Democratic Socialists of America v. Eltife, et al.*, No. 1:24-cv-523-RP (W.D. Tex.); and (3) drafting a motion to dismiss by June 22, 2026 in *Bonner, et al. v. Shuford, et al.*, No. 1:26-cv-413-RP (W.D. Tex.).

[2] *See, e.g.*, *Heilrayne v. University of Texas*, 1:25-cv-00640-DAE, Dkt. 35 (W.D. Tex.); *Students for Justice in Palestine v. Abbott*, 1:24-cv-523-RP, Dkt. 30 (W.D. Tex.).

- Defendants' Response to Plaintiffs' Complaint (Due: July 29, 2026)
- Plaintiffs' Response to Defendants' Motion to Dismiss (Due: September 7, 2026)
- Defendants' Reply in Support of Their Motion to Dismiss (Due: September 25, 2026)

Further, Defendants ask this Court to extend the parties' word-limit restrictions as follows: (1) Defendants can file a motion to dismiss up to 15,000 words; (2) Plaintiffs can file a response to this motion up to 15,000 words; and (3) Defendants can file a reply up to 5,000 words. We thank the Court for its time and attention to this matter.

Dated: May 29, 2026

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Todd Dickerson*
TODD DICKERSON
Attorney-in-charge
Texas Bar No. 24118368
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 228-7289 | FAX: (512) 320-0667

3

Todd.Dickerson@oag.texas.gov
**Attorneys for Defendants**

### CERTIFICATE OF WORD COUNT

This motion complies with the length and contents for Motions and Briefs in Judge Brown's Specific Requirements II.A because: (1) it contains 511 words, excluding the parts of the brief exempted; and (2) it has been prepared in a proportionally spaced typeface (14-point Garamond, with 12-point for footnotes) using Microsoft Word (the same program used to calculate the word count).

*/s/ Todd Dickerson*

### CERTIFICATE OF SERVICE

I certify that on May 29, 2026 this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel.

*/s/Todd Dickerson*

### CERTIFICATE OF CONFERENCE

I certify that on May 28, 2026, I conferred via telephone and email with counsel for the Plaintiffs, Marwa Elbially, concerning this motion and the relief requested. Ms. Elbially stated that she does not oppose this motion or the relief requested herein.

*/s/Todd Dickerson*