**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE AT UT DALLAS, et al.,** | § § § § | |
| **Plaintiffs,** | § | |
| **v.** | § § | **Civil Action No. 3:26-cv-1596-E** |
| **ERIC WILLADSEN, et al.,** | § § | |
| **Defendants.** | § § § | |

**ORDER**

On this day, the Court considered Defendants' Unopposed Motion for a Briefing Schedule and Expended Word Limits. The Court finds that the motion is meritorious and therefore GRANTS said motion.

It is therefore ORDERED that:

- Defendants may file a motion to dismiss (or other response) to Plaintiffs' complaint by July 29, 2026;

- Plaintiffs may file a response to Defendants' motion to dismiss by September 7, 2026; and

- Defendants may file a reply in further support of their motion to dismiss by September 25, 2026.

It is further ORDERED that: (1) Defendants can file a motion to dismiss up to 15,000 words; (2) Plaintiffs can file a response to this motion up to 15,000 words; and

(3) Defendants can file a reply in further support of their motion to dismiss up to 5,000 words.

Signed this __ day of _____, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT.JUDGE