**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE AT UT DALLAS, et al, | § § § § § § § | |
| *Plaintiffs,* | § | |
| V. | § § | Civil Action No. 3:26-cv-1596 |
| ERIC WILLADSEN, et al; | § § § | |
| *Defendants.* | § | |

**ADVISORY NOTICE OF INTENT TO AMEND PLEADINGS PURSUANT**
**TO CONFERRAL ON MOTION TO DISMISS**

Plaintiffs file this advisory notice of intent to file an amended complaint:

**ADVISORY OF CONFERRAL AND INTENT**

1. Plaintiffs filed their initial complaint seeking redress for violations of their constitutional rights on May 15, 2026. (ECF No. 1.)

2. On July 9, 2026, counsel for Defendants conferred on a motion to dismiss pursuant to Federal Rule 12(b)(6) and the Procedures for Cases Assigned to District Judge Ada Brown and Standing Order. Defendant's counsel advised that they would be seeking dismissal of all claims and specified the reasons.

3. In response to Defendants' concern, Plaintiffs agreed that they would seek leave through an advisory pursuant to the Court's procedures for motions to dismiss to amend its pleadings to file an amended complaint. Specifically, Plaintiffs will further specify the ties between their injuries and each Defendant's conduct and clarify the malicious prosecution claims.

4. Plaintiffs respectfully request that pursuant to this advisement, the Court enter an Order directing Plaintiffs to file their first Amended Complaint.

Dated: July 15, 2026                    By:    /s/Marwa Elbially
                                               PLAINTIFFS ATTORNEY

                                               Marwa Elbially, Esq.
                                               ELBIALLY LAW OFFICE, PLLC
                                               704 East 15th Street, Suite 204
                                               Plano, TX 75074
                                               T: 972.423.7330
                                               E: info@elbiallylaw.com
                                               TX Bar No. 24090089

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies the word count requirement in the Procedures for Cases Assigned to District Judge Ada Brown and Standing Order and that the word count function was applied to include all text, excluding the case caption, table of contents (if any), table of authorities (if any), signature block, and certificates. This document was prepared using Microsoft Word for Office 365 and contains 339 words, which is within the 6,250-word limit.

                                               /s/Marwa Elbially
                                               Marwa Elbially