News Center > Campus & Community

# Message from President Benson: Statement on Middle East Conflict

By: Office of Media Relations | Oct. 17, 2023

SHARE:

Dear UT Dallas Community,

As I have watched and read about the events of last week, I have been filled with various emotions, including shock, horror, grief and sadness.

Clearly, there can be no justification for the atrocities committed by the terrorist group Hamas, which targeted, killed and kidnapped innocent Israeli civilians, including children. Our hearts are broken for the people of Israel and for all those affected by the violence and inhumanity of Hamas. We will never forget October 7, 2023.

Yet, in the face of this cruelty, I have also felt pride in what has been happening at UT Dallas. Throughout the week, despite loss and strong feelings, we have seen something impressive on our campus. Students are conversing about their differences; they are gathering donations and peacefully protesting; they are shaking hands.

There have been no reports of violence, nor have any events been interrupted.

I already knew we had wonderful students, but my pride in this diverse community has reached a new level. Our remarkable students, staff and faculty have gathered the best of themselves to engage with each other respectfully and civilly. It is the very essence of the Comet spirit here at UT Dallas, a campus where everyone has a place.

As part of such a caring community, it is important for us to be aware of those among us, including ourselves, who may be heartbroken, fearful or anxious. For those who may need support, we have numerous resources to help navigate these uncertain times:

- For students, the Student Counseling Center is available for appointments. Additionally, students have access to 24/7 counseling through UTDTALK (972-883-8255) and TimelyCare.
- For faculty and staff, the Employee Assistance Program offers counseling services, and those on the UT SELECT Medical Plan have access to additional mental health benefits.

While it is likely that violence and war will continue in the days ahead, it is my expectation that our campus community will continue to display open communication, respect and kindness.

Thank you for your continuing example. Be empathetic. Be kind. Work for peace.

Sincerely,

*Richard C. Benson*

Dr. Richard C. Benson
President
Eugene McDermott Distinguished University Chair of Leadership

**Media Contact:** The Office of Communications and Marketing, or the Office of Media Relations, UT Dallas, (972) 883-2155, newscenter@utdallas.edu.

**Tagged:** AHT  BBS  Callier  ECS  EPPS  IS  NSM  SOM

Case 3:26-cv-01596-E    Document 14-3    Filed 07/31/26    Page 2 of 5    PageID 196



**UT Dallas Teams with Harmony Public Schools on Student Recruitment**



**Chess Team Captures First Collegiate League Championship**



**Comet Grads Get Set for Moments in Sun at Spring Commencement**

Top News



**University Honors Distinguished Faculty at Investiture Ceremony**



**New Piper Professor Constructs Avenues for Connection**



**UTDesign Team Devises Cool Device To Protect Donor Lungs Better**

800 W. Campbell Road
Richardson, Texas 75080-3021

972-883-2111

COPYRIGHT INFORMATION

© *The University of Texas at Dallas*

Questions or comments about this page?

STAY CONNECTED WITH UT DALLAS



RESOURCES

Emergency Preparedness    Forms    Campus Carry    Campus Health Promotion    Campus Police    Required links

Tobacco-Free Campus    UT System    Texas Veterans Portal    Work at UT Dallas    Parking    Nondiscrimination Policy

Title IX Initiatives    Org. Chart    A-Z Index    Student Achievements    HEERF Reporting    Counseling/Mental Health

Report Concern for a Student    Safety    Hazing Prevention    Public Course and Syllabus Information    Privacy Policy

Institutional Resume